DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| SANDINO BRITO DIAZ AND MARIA BRITO,<br><br>                    Plaintiffs,<br><br>    v.<br><br>JUNGERHANS MARITIME SERVICES GmbH & Co., KG and or a/k/a JUNGERHANS REEDEREI, MARLOW NAVIGATION COMPANY LIMITED AND MARCREW SCHIFFAHRTS GmbH,<br><br>                    Defendants, | Civil No. 2021-36 |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER is before the Court on the Motion for Admission [227] of David L. Merkley, Esquire, filed by Chivonne Thomas, Esquire, of the Bar of the District Court of the Virgin Islands pursuant to LRCi 83.1(b)(2). The Petitioner has satisfied all the requirements of Rule 83.1(b)(2) of the Local Rules of Civil Procedure and has paid the appropriate fees.

The record shows that Attorney Merkley is currently in good standing in the State of Texas. He seeks admission to represent defendants in this matter.

Upon consideration of the motion, it is

**ORDERED** that the motion is GRANTED and pursuant to LRCi 83.1(b)(2), David L. Merkley, Esquire, is admitted *pro hac vice* to

Order Granting Motion for
Admission Pro Hac Vice
Brito v. Jungerhans
Civil No. 2021-36

practice before this Court in this case, and he shall appear before this Court to take the oath prior to such practice; and it is further

**ORDERED** that Attorney David L. Merkley shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

s/_____
RUTH MILLER
Magistrate Judge